U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 20 2007

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY
SHREVEPORT

no order

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

CHARLES R. GUIDEN

VS.

STEVE PRATOR "ET AL"

NO. 5:07CV 370-P
JUDGE STAGG
MAG. JUDGE HORNSBY

## MOTION FOR DISTRICT COURT'S LOCAL RULES

PLAINTIFF REQUEST THE DISTRICT COURTS LOCAL RULES FOR THE FOLLOWING REASONS:

1) PLAINTIFF IS WITHOUT COUNSEL AND PURSUING MATTERS PRO/SE.

2) PLAINTIFF HAS VERY LIMITED KNOWLEDGE OF FEDERAL LAW, AND WISHES NOT TO FILE FRIVOLOUS PAPER WORK SUCH AS THIS NEEDLESSLY.

Respectfully Submitted
Charles Guiden
September 18th 2007

---

**ORDER**
07-370
October 3, 2007

Denied as moot. The local rules are now available in CCC's library.

Mark Hornsby
US Mag. Judge

Charles Drisler 59174/136415/291360
Caddo Corr. Ctr.
P.O. Box 70010
Shreveport, La. 71137-0110

SHREVEPORT LA 710
19 SEP 2007 PM 4
USA 41

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
U.S. COURT HOUSE
300 FANNIN ST. SUITE 1167
SHREVEPORT, LA. 71101-3083