U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

AUG 25 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHARLES GUIDEN | CIVIL ACTION NO. 07-cv-0370 |
| VERSUS | JUDGE STAGG |
| STEVE PRATOR, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. 48) and Motion for Preliminary Injunction (Doc. 67) are **denied**.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (Doc. 56) filed by defendants Wilson, Henry, Gaines, Naples, Kline, and Butler is **granted** and all claims against those defendants are **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 25th day of August, 2008.

TOM STAGG
UNITED STATES DISTRICT JUDGE